IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00383-MSK-BNB

HOTEL CAPITAL CORP., LLC, a Colorado limited liability company d/b/a HVS Capital Corp.,

Plaintiff,

v.

SHANER HOTEL GROUP, LP, a Delaware limited partnership,
SHANER HOTEL HOLDINGS, LP, a Delaware limited partnership,
FIVE ARROWS REALTY SECURITIES IV, LP a Delaware limited partnership, and
FARS-SHH, INC., a Delaware corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion by Defendants to Appear at Rule 16 Conference by Telephone** [docket no. 21, filed July 16, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant's counsel Robert J. Lane, Jr. may appear telephonically for the Scheduling Conference on July 23, 2008, at 9:00 a.m. Mountain Daylight Time, by calling Chambers at the appropriate time at **303/844-6408**.

DATED: July 17, 2008