IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00383-MSK-BNB

HOTEL CAPITAL CORP., LLC, a Colorado limited liability company d/b/a HVS Capital Corp.,

Plaintiff,

v.

SHANER HOTEL GROUP, LP, a Delaware limited partnership,
SHANER HOTEL HOLDINGS, LP, a Delaware limited partnership,
FIVE ARROWS REALTY SECURITIES IV, LP a Delaware limited partnership, and
FARS-SHH, INC., a Delaware corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion for Protective Order** [docket no. 30, filed August 19, 2008], is GRANTED, and the proposed Stipulation and Protective Order is accepted by the Court.


DATED:  August 22, 2008