IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00383-MSK-BNB

HOTEL CAPITAL CORP., LLC, a Colorado limited liability company d/b/a HVS Capital Corp.,

Plaintiff,

v.

SHANER HOTEL GROUP, LP, a Delaware limited partnership,
SHANER HOTEL HOLDINGS, LP, a Delaware limited partnership,
FIVE ARROWS REALTY SECURITIES IV, LP a Delaware limited partnership, and
FARS-SHH, INC., a Delaware corporation,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 28, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 29, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge